IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RECEIVED-CLERK
U.S. DISTRICT COURT
2006 MAR 16  A 11: 21

TONY COLIDA,
      Plaintiff,

v.

PANASONIC CORP. OF NORTH
AMERICA, ET AL.,
      Defendants.

CASE NO: 05-CV-5527(JAG)(MCA)

### PLAINTIFF'S DECLARATION IN SUPPORT FOR IN FORMA PAUPERIS AND APPOINTMENT OF COUNSEL AND TO APPEAR TELEPHONICALLY

Plaintiff declares under the penalty of perjury that the following is true and correct in support of his request to grant In Forma Pauperis and counsel because of Plaintiff's present poverty to pay for the filing fees and Counsel in this case. In support of Plaintiff's request to grant In Forma Pauperis and counsel. Plaintiff advises that he has been granted from the United States District Court for the Southern District of New York In Forma Pauperis Status against another Defendant for patent infringement in Tony Colida v. Sony Ericsson Mobile Communication USA Inc., case no. 06-cv-257. Further, Plaintiff has been granted In Forma Pauperis by the same U.S. District Court against another Defendant in Tony Colida v. Nokia America Corp., case no. 05-cv-9920. Further, Plaintiff has been granted In Forma Pauperis by the District Court for the Southern District of California in Tony Colida v. Siemens USA Corp., case no. 05-cv-1520. Further, Plaintiff has been granted In Forma Pauperis by the same Court against another Defendant in Tony Colida v. BenQ America Corp case no. 05-cv-1149. Further, Plaintiff has been granted In Forma Pauperis in Tony Colida v. Uniden America Corp., case no. 06-cv-947. Further, Plaintiff has been granted by the Court of Appeals In Forma Pauperis in Kyocera Wireless Corp., v. Tony Colida, appeal no: 06-1131. Further, Plaintiff has been granted In Forma Pauperis by the Southern District of New York in the present case namely Tony Colida v. Panasonic Corp., et al. case no. 05-cv-5791 before the case was transfered to this Court. Moreover, Plaintiff has appealed the transfering of this case to this Court. In view of the above, Plaintiff prays to this court to grant Plaintiff's motion for *In Forma Pauperis* and to appoint counsel in this case and to appear telephonically for our hearing scheduled for March 27, 2006 at 11:00 a.m.

Dated: March 13, 2006

Respectfully submitted,

Mr. Tony Colida, plaintiff
750 Montpellier Blvd. Suite 1210
St. Laurent, Quebec H4L 5A7
Tel: 514-268-8729

## CERTIFICATE OF SERVICE

I, **Tony Colida**, (Plaintiff) declares and states under the penalty of perjury that I have served a true and correct copy of **Plaintiff's Declaration In Support For In Forma Pauperis and Appointement of Counsel and to Appear Telephonically** to Defendant's counsel of record by mail at the address listed below:

TO:

**Peter J Pizzi, Attorney**
**Connell Foley, LLP**
**85 Livingston Avenue**
**Roseland, New Jesey 07068**
**U.S.A.**
**Tel.: 973-535-0500**
**Fax: 973-535-9217**

**I declare under the penalty of perjury under the laws of the United States that the above is the above is true and correct to the best of my knowledge.**

Dated: March 13, 2006                        Respectfully submitted,

                                             Tony Colida, plaintiff
                                             750 Montpellier Blvd.
                                             Suite - 1210
                                             St. Laurent, Quebec H4L 5A7
                                             Tel: (514) 268-8729