# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

_____

TONY COLIDA,                            :
                                        :
                     Plaintiff,         :
                                        :          Civil Action No. 05-5527 (JAG)
            v.                          :
                                        :                 **ORDER**
PANASONIC CORP. OF NORTH                :
AMERICA, and MATSUSHITA                 :
ELECTRIC CORP. OF AMERICA,              :
                                        :
                     Defendants.        :
_____     :

**GREENAWAY, JR., U.S.D.J.**

This matter comes before this Court on Plaintiff Tony Colida's ("Plaintiff") motion for

extension of time (Docket Entry No. 24) to reply to Defendants' opposition to Plaintiff's motion

for appointment of counsel and for in forma pauperis; and it appearing that Plaintiff replied to

Defendants' opposition on January 6, 2006 (Docket Entry No. 26); and good cause appearing,

IT IS on this 15th day of March 2006,

ORDERED that Plaintiff's motion for extension of time (Docket Entry No. 24) is

DENIED as MOOT; and it is

FURTHER ORDERED that a copy of this Order be served on the parties within seven (7)

days of the entry of this Order.


                                        S/Joseph A. Greenaway, Jr.
                                        JOSEPH A. GREENAWAY, JR., U.S.D.J.