MOTION TO REINSTATE
RENEWED



DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

TONY COLIDA
(petitioner/plaintiff)

No: 05-CV-5527 (JAG)(MCA)

-v-

PANASONIC CORP. OF NORTH AMERICA
(respondent(s)/defendant(s))

I, TONY COLIDA, am the petitioner/plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees or costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, that I believe I am entitled to redress.

I declare that the responses which I have made below are true.

1. If you are presently employed, state the amount of your salary wage per month, and give the name and address of your last employer. YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.

No

2. If you are NOT PRESENTLY EMPLOYED, state the date of last employment and amount of the salary per month which you received AND how long the employment lasted. YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED. IF YOU HAVE NEVER BEEN EMPLOYED, SAY SO.

1999 I WORKED FOR BELL MOBILITY I EARNED APOX $2000.00/M
I WORKED SINCE 1989 WITH BELL MOBILITY.

3. Have you ever received, within the past twelve months, any money form any of the following sources?

| | | YES | NO |
|---|---|---|---|
| a. | Business, profession, or form of self-employment? | | ✓ |
| b. | Rent payments, interest, or dividends? | | ✓ |
| c. | Pensions, annuities, or life insurance payments? | | ✓ |
| d. | Gifts or inheritances? | | ✓ |
| e. | Any form of public assistance? | ✓ | |
| f. | Any other sources? | | ✓ |

If the answer to any of the questions in part three is yes, describe each source of money and state the amount received from each during the past months.

I RECEIVE $688.08 FROM QUEBEC GOVERNMENT FOR WELFARE PER MONTH.

4. Do you own any cash or do you have money in a checking or savings account?

   YES ✓   NO ___  (Including any funds in prison accounts)
   If the answer is yes, state the total value owned.

   $1.00

5. Do you own any real estate, stock, bonds, notes, automobiles, or other valuable property (including ordinary household furnishings and clothing)?
   YES ✓   NO ___
   If the answer is yes, describe the property and state its approximate value.

   I OWN U.S. DESIGN PATENTS I DON'T KNOW THEIR VALUE.

6. List the person(s) who are dependent upon you for support, state your relationship to those person(s), and indicate how much you contribute toward their support at the present time.

   JOANNA + NIKO GOLIDA MY CHILDREN I DON'T CONTRIBUTE AT THIS TIME.

7. If you live in a rented apartment or other rented building, state how much you pay each month for rent. Do not include rent contributed by other people.

   $400.00

8. State any special financial circumstances which the court should consider in this application. I AM NOT WORKING BECAUSE OF HEALTH REASONS DUE TO THE INFRINGEMENT OF MY RIGHTS UNDER MY PATENTS I RECEIVE WELFARE DUE TO MY POVERTY. PROOF ATTACHED.

I understand that a false statement or answer to any questions in this declaration will subject me to the penalties for perjury.

I declare under penalty of perjury that the forgoing is true and correct.

signed this 14 day of JUNE, 2007.

(signature)

```
                                                              JUDGE WOOD
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
                                                              07 CIV 4553
TONY COLIDA,

                    Plaintiff,

          -against-                                    ORDER OF DISMISSAL

PANASONIC CORP. OF NORTH AMERICA,

                    Defendant.
_____X
```

Plaintiff, appearing *pro se*, brings a complaint seeking damages due to Defendant's alleged infringement of a patent owned by Plaintiff with respect to the design of a portable handheld telephone. Plaintiff's complaint was received by the Court's *Pro Se* Office on March 6, 2007. Plaintiff's request to proceed *in forma pauperis* is granted and the Clerk of Court is directed to assign a docket number to this action. For the following reasons, however, this action is dismissed without prejudice.

On May 9, 2005, this Court's *Pro Se* Office received a complaint ("2005 complaint") from Plaintiff wherein he raised claims which appear to be virtually identical to those raised in the complaint which was received by the Court's *Pro Se* Office on March 6, 2007 ("2007 complaint"). The 2005 complaint was filed and docketed in a case in this Court known as Colida v. Panasonic Corp. of North America, No. 05 Civ. 5791 (JSR) (JCF). By order dated November 10, 2005 Colida, No. 05 Civ. 5791 (JSR) (JCF) was transferred to the United States District Court for the District of New Jersey. Colida, No. 05 Civ. 5791 (JSR) (JCF) (S.D.N.Y. Nov. 10, 2005). That action still appears to be pending in the United States District Court for the District of New Jersey. Colida v.

1

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1323

TONY COLIDA,

Plaintiff-Appellant,

v.

NOKIA AMERICA CORP.,

Defendant-Appellee.

ON MOTION

<u>ORDER</u>

Tony Colida moves for leave to proceed in forma pauperis. Nokia America Corp. has not responded.

Because the district court granted Colida's motion for leave to proceed in forma pauperis, Colida is not required to pay this court's docketing fee.

Accordingly,

IT IS ORDERED THAT:

The motion is moot.

FOR THE COURT

JUN -1 2007

Date

Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN - 1 2007

JAN HORBALY
CLERK

cc: Tony Colida
David R. Francescani, Esq.

s19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TONY COLIDA
                                    Plaintiff
        -vs-

PANASONIC CORPORATION
OF AMERICA ET AL.
                                    Defendant(s)

**I.F.P. GRANTED**
Leave to proceed in this Court without payment of fees is authorized. 28 U.S.C. § 1915.
So Ordered. 05-CV-5791
JUN 17 2005

REQUEST TO PROCEED
IN FORMA PAUPERIS
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Chief Judge

I, TONY COLIDA, am the plaintiff in the above entitled case. I hereby request to proceed without being required to prepay fees or costs or give security therefore. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   NO AT THIS TIME.

2. If you are **NOT PRESENTLY EMPLOYED**:
   a) state the date of start and termination of your last employment
   b) state your earnings per month.
   YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.

   STARTED 1990 ENDED 1999 I WORKED FOR BELL MOBILITY (ROGER WHEELL(CANTEL))
   I WAS EARNING APOX. $2000.00 PER MONTH IN 1996.

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   GOVERNMENT OF QUEBEC CANADA, WELFARE RECIPIENT

   a) Are you receiving any public benefits?  ☐ No. ☑ Yes, $ 674.08
   b) Do you receive any income from any other source? ☑ No. ☐ Yes, $ _____

RECEIVED MAY 0 1 2005
PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

I, TONY COLIOA

Plaintiff

-vs-

SONY ERICSSON MOBILE
COMMUNICATION USA, INC.

Defendant(s)

**I.F.P. GRANTED.**
Leave to proceed in this Court without payment of fees is authorized. 28 U.S.C. S 1915.
So Ordered;
REQUEST TO PROCEED
IN FORMA PAUPERIS
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Chief Judge

I, TONY COLIOA, am the plaintiff in the above entitled case. I hereby request to proceed without being required to prepay fees or costs or give security therefore. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   NO AT THIS TIME

U.S. DISTRICT COURT FILED JAN 1 1 2006 S.D. OF N.Y.

2. If you are **NOT PRESENTLY EMPLOYED**:
   a) state the date of start and termination of your last employment
   b) state your earnings per month.
   YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.

   FROM 1990 UNTIL 1999 I WORED AS A DIRECTOR OF SALES FOR BELL MOBILITY CORP. I WAS EARNING A ROX 2000$ Per Month

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   I HAVE RECIEVED FROM CANADIAN GOVERNMENT WELFARE BENEFITS.

   a) Are you receiving any public benefits? ☐ No. ☑ Yes, $ 674.98/MONTH

   b) Do you receive any income from any other source? ☑ No. ☐ Yes, $ _____

RECEIVED DEC 0 9 2005 PRO SE OFFICE

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

TONY COLIDA

    Plaintiff

V.

LG ELECTRONICS, INC.

    Defendant

ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

Case Number: Civil 02-4947 (DRD)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

**ENTERED** on THE DOCKET on 10/17 — 10/16/02
WILLIAM T. WALSH, CLERK
By ____ (Deputy Clerk)

☒ GRANTED

  ☒ The clerk is directed to file the complaint.

  ☒ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons: _____

ENTER this 16th day of October, 2002

_____
Signature of Judicial Officer

DICKINSON R. DEBEVOISE, U.S.D.J.
Name and Title of Judicial Officer

RECEIVED
WILLIAM T. WALSH, CLERK
'02 OCT 16 P 2:29
UNITED STATES DISTRICT COURT

```
         6900 BOUL. DECARIE           SUITE 3700
         COTE SAINT-LUC QC            H3X2T8

    2007 06 01              $*688,08                    3752552!

    ESTABLISHMENT 0006 (01841)    ACCOUNT NUMBER: 2664093


                              063

    TONY COLIDA
    1210-750 BOUL MONTPELLIER
    SAINT-LAURENT QC   H4L 5A7
```



Claim slip — Emploi Québec

| File number | Dental care covered | Reference |
|---|---|---|
| KOLA16096193-05 | YES | COLT 6109 1612 XXXX XXXX XXXX |

Recipient: TONY COLIDA
Dependent children: XXXXXXXXXXXXXXXXXXXXXXXXXXXX

Message:
PRESC. DRUG CONTRIB.: YES
EYE EXAMINATION: YES
DENTAL PROSTHETIC SERVICES: YES

Valid From 2007 06 01 To 2007 06 30    At all drugstores  YES
If no, at your designated pharmacist's address below.

Claim slip number: 37525525

Deputy minister

This claim slip must be signed and kept by the recipient.

Ministère de l'Emploi et de la Solidarité sociale
SR-D009A (01-2007)