UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

TONY COLIDA,

PLAINTIFF,

V.  CASE NO. 05-CV-5527 (JAG)

PANASONIC CORP. OF
NORTH AMERICA

DEFENDANT.

### PLAINTIFF'S REPONSE TO DEFENDANT'S LETTER DATED OCTOBER 3, 2007, ADRESSED TO THE HONORABLE JOSEPH A. GREENAWAY JR.

PLAINTIFF RESPONDS TO DEFENDANT'S LETTER DATED OCTOBER 3, 2007 ADDRESSED TO THE HONORABLE JOSEPH A. GREENAWAY JR. PLAINTIFF IS SUBMITTING THE ORIGINAL ENVELOPE THAT WAS RECEIVED ON SEPTEMBER 26, 2007 FROM DEFENDANT'S COUNSEL IN WHICH CONTAINED THE OPPOSITION PAPERS TO PLAINTIFF'S RIGHT OR MOTION TO PROCEED IN FORMA PAUPERIS IN THIS CASE. AS IT CAN BE CLEARLY SEEN ON THE ENVELOPE, THE DATE STAMPED BY THE U.S. POST OFFICE IS SEPTEMBER 24, 2007 AND NOT SEPTEMBER 4, 2007.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE ABOVE IS TRUE AND CORRECT.

DATED: OCTOBER 11, 2007                 RESPECTFULLY,

                                        TONY COLIDA, plaintiff
                                        750 MONTPELLIER BLVD.
                                        SUITE 1210
                                        ST. LAURENT, QUEBEC
                                        H4L 5A7, CANADA
                                        TEL: (514) 512-1888

RECEIVED
OCT 15 2007
JOSEPH A. GREENAWAY, JR
United States District Judge

## PROOF OF SERVICE

I, **Tony Colida** (Pro Se Plaintiff) declares and state under the penalty of perjury that I have served a true copy of **Plaintiff's Response to Defendant's letter dated October 3, 2007 to the Honorable Joseph A. Greenaway Jr., case no. 05-CV-5527 (JAG)**, to Defendants' Counsel of record by Mail at the address listed below:

TO: **Hector D. Ruiz**
      **CONNELL FOLEY, LLP**
      **85 Livingston Avenue**
      **Roseland, New Jersey 07068-3702**
      **U.S.A.**

I declare under the penalty of purjury that the above is true and correct.

Dated: October 11, 2007        Respectfully,

Tony Colida
750 Montpellier Blvd.
Suite - 1210
St. Laurent, Quebec H4L 5A7
CANADA
Tel.: (514) 512-1888

TONY COLIDA
750 MONTPELIER #210
ST. LAURENT, QC
H4L5A7 CANADA

TO: THE HONORABLE JOSEPH A. GREENAWAY JR.
UNITED STATES DISTRICT JUDGE
MLK JR. FEDERAL BUILDING
UNITED STATES COURTHOUSE
50 WALNUT STREET
NEWARK, NEW JERSEY, 07102
U.S.A.