**TONY COLIDA,** *inventor*
750 Montpellier Blvd.
Suite - 1210
St. Laurent, Quebec, H4L-5A7
CANADA
Tel: (514) 512-1888
Fax: (514) 842-3876

**By Facsimile: 973-535-9217**

**Confidential Offer to Settle**

September 4, 2008

**Hector D. Ruiz, Esq.**
Connell Foley LLP
85 Livingston Avenue
Roseland, New Jersey 07068-3702

RECEIVED

SEP 08 2008

Joseph A Greenaway, Jr.
United States District Judge

**Re: Tony Colida vs. Panasonic Corp. of North America, No. 05-cv-5527(JAG)**

Dear Mr. Ruiz:

This is a follow-up to my fax letter of August 1, 2008. Because I love the United States of America, I will move from Canada and reside and invest in United States as soon as I prevail in my case. As you know, I am claiming $100 million dollars and will amended my lawsuit to $1 billion dollars (us), in view of the damages in this matter.

However, to save our Court's resources I would settle for a fair counter-offer. If you are interested, please call my attorney and counsel Lazar Sarna, Esq., to discuss your offer. Mr. Sarna's telephone number is 514-842-4550. Thank you in advance for your consideration.

Respectfully yours,

Mr. Tony Colida
(pro se, plaintiff)

cc: **Honorable Joseph A. Greenaway, Jr.**
    United States District Judge ( New Jersey)
    (via-fax (973) 297-4906)

cc: Mr. Lazar Sarna, Esq.

TONY COLIDA
750 MONTPELLIER #1210
ST. LAURENT (MONTREAL)
QUEBEC H4L5A7
CANADA

HONORABLE JOSEPH A GREENAWAY JR
U.S. DISTRICT JUDGE
MLK JR. FEDERAL BLDG. AND
U.S. COURTHOUSE
50 WALNUT STREET
NEWARK, NEW JERSEY 07102
U.S.A.

RECEIVED
SEP 8 - 2008
AT 8:30 ___M
WILLIAM T. WALSH, CLERK

Air Mail   Par avion
43-074-038 (02-12)

07102+3551 CO21