UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

TONY COLIDA,

    PLAINTIFF,

V.                                            **Civil Action No. 05-5527**

PANASONIC CORP. OF NORTH AMERICA,

    DEFENDANT.

### NOTICE AND MOTION TO REQUEST THE REMOVAL OF JUDGE GREENAWAY, JR., OR ASSIGN ANOTHER U.S. DISTRICT COURT JUDGE TO RULE ON MY MOTION TO PROCEED IN FORMA PAUERIS AND REINSTATE THIS CASE

PLEASE TAKE NOTICE THAT PRO SE PLAINTIFF (TONY COLIDA) HEREBY REQUESTS THE REMOVAL OF JUDGE GREENAWAY, JR., OR REQUEST FOR ANOTHER DISTRICT JUDGE TO RULE ON MY MOTION TO PROCEED IN FORMA PAUPERIS AND REINSTATE THIS CASE BECAUSE I BELIEVE THAT JUDGE GREENAWAY, JR., IS PREJUDICE OR HAS INTERESTS IN THE DEFENDANT'S COMPANY (PANASONIC CORP. OF NORTH AMERICA).

JUDGE GREENAWAY, JR., HAS DENIED MY MOTION TO PROCEED IN FORMA PAUPERIS REGARDLESS THAT OTHER COURT'S AND THE COURT OF APPEALS FOR THE FEDERAL CIRCUIT HAVE GRANTED MYSELF THE RIGHT TO PROCEED IN FORMA PAUPERIS.

MOREOVER, THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK HAS GRANTED MY MOTION TO PROCEED IN FORMA PAUPERIS IN THIS CASE PRIOR TO TRANSFERING THIS CASE TO THE DISTRICT OF NEW JERSEY BECAUSE THE ACTION WAS STILL PENDING IN THIS DISTRICT AND THE DEFENDANT RESIDES IN THIS STATE.

IN VIEW OF THE ABOVE I STRONGLY BELIEVE JUDGE GREENAWAY JR. SHOULD BE REMOVED AND THIS COURT SHOULD ASSIGN ANOTHER DISTRICT COURT JUDGE.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE ABOVE IS TRUE AND CORRECT.

DATED: FEBRUARY 27, 2009

RESPECTFULLY SUBMITTED,

*[signature]*

MR. TONY COLIDA, (pro se plaintiff)
750 MONTPELLIER BOULEVARD
SUITE: 1210
ST. LAURENT, QUEBEC H4L 5A7
CANADA
TEL.: 514-512-1888
FAX: 514-315-8542

**RECEIVED**

**MAR 0 5 2009**

AT 8:30 _____ M
WILLIAM T. WALSH, CLERK

## PROOF OF SERVICE

I, TONY COLIDA, PRO SE PLAINTIFF IN THIS CASE DECLARES THAT I HAVE SERVED A COPY OF THE ATTACHED NOTICE AND MOTION TO REQUEST THE REMOVAL OF JUDGE GREENAWAY, JR., OR ASSIGN ANOTHER U.S. DISTRICT COURT JUDGE TO RULE ON MY MOTION TO PROCEED IN FORMA PAUPERIS AND REINSTATE THIS CASE TO DEFENDANT PANASONIC CORP. OF NORTH AMERICA'S ATTORNEYS OF RECORD BY MAIL AT THE MAILING ADDRESS STATED BELOW:

TO:

HECTOR D. RUIZ
CONNELL FOLEY, LLP
85 LIVINGSTON AVENUE
ROSELAND, NEW JERSEY, 07068-3702
U.S.A.

AND

TADASHI HORIE
BRINKS HOFER GILSON & LIONE
455 N. CITYFRONT PLAZA DRIVE
CHICAGO, ILLINOIS 60611-5599
U.S.A.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE ABOVE IS TRUE AND CORRECT.

DATED: FEBRUARY 27, 2009

RESPECTFULLY SUBMITTED,

_____
MR. TONY COLIDA, (pro se plaintiff)
750 MONTPELLIER BOULEVARD
SUITE: 1210
ST. LAURENT, QUEBEC H4L 5A7
CANADA
TEL: 514-512-1888
FAX: 514-315-8542

RECEIVED

MAR 0 5 2009

AT 8:30 _____ M
WILLIAM T. WALSH, CLERK

Tony Colida
750 Montpellier #1210
St. Laurent QC H4L5A7
Canada

RECEIVED
MAR 05 2009
at 8:30 ——M
WILLIAM T. WALSH, CLERK

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
50 WALNUT ST.
NEWARK, NEW JERSEY 07
U.S.A.