ORIGINAL

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

**TONY COLIDA,**
    Plaintiff,

v.                                  **Civil Action No. 05-5527 (JAG)**

**PANASONIC CORPORATION OF**
**NORTH AMERICA and MATSUSHITA**
**ELECTRONIC CORPORATION OF AMERICA,**
    Defendants.

## NOTICE FOR CHANGE OF ADDRESS

**PLEASE TAKE NOTICE THAT**, *pro se* Plaintiff is herewith advising this Court of a change of address as follows below:

> Mr. Tony Colida (Plaintiff)
> 750 Montpellier Boulevard
> Suite: 1210
> Saint-Laurent, (Montreal), Quebec, H4L 5A7
> CANADA
> Telephone: (514) 512-1888
> e-mail: tonycolida@hotmail.com

I declare under the penalty of perjury that the above is true and correct.

Dated: July 23, 2009

Respectfully submitted,

[signature]

Mr. Tony Colida (Plaintiff)
750 Montpellier Boulevard, Suite: 1210
Saint-Laurent, Quebec, H4L 5A7
CANADA
Tel.: (514) 512-1888
e-mail: tonycolida@hotmail.com

RECEIVED CLERK U.S. DISTRICT COURT 2009 JUL 30 A 10: 48

## CERTIFICATE OF SERVICE

I, Tony Colida, pro se, Plaintiff, hereby certifies that, on this 23st day of July 2009, a true and correct copy of the foregoing **Notice For a Change of Address** was served on the counsel of record for the Defendants at the address listed below via-mail (First Class).

**To:**

**Hector D. Ruiz
Peter J. Pizzi
CONNELL & FOLEY
85 Livingston Avenue
Roseland, New Jersey
07068-3702
U.S.A.**

I declare under the penalty of perjury that the above is true and correct.

Dated: July 23, 2009

Respectfully,

Mr. Tony Colida (pro se Plaintiff)
750 Montpellier Boulevard
Suite: 1210
Saint-Laurent, (Montreal)
Quebec, H4L 5A7, CANADA
Tel. no. (514) 512-1888
e-mail: tonycolida@hotmail.com