| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) Woodard | B. Date of Delivery 8-3-09 |
| | C. Signature<br>X Woodard | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br><br>United States Court of Appeals<br>for the Federal Circuit<br>717 Madison Place, N.W.<br>Washington D.C. 20439 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes | |
| 2. Article Number *(Copy from service label)* | | |

PS Form 3811, July 1999      Domestic Return Receipt      102595-00-M-0952