NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1255

TONY COLIDA,

Plaintiff-Appellant,

v.

PANASONIC CORPORATION OF NORTH AMERICA
and MATSUSHITA ELECTRONIC CORPORATION OF AMERICA,

Defendants-Appellees.

Appeal from the United States District Court for the District of New Jersey in case no. 05-CV-5527, Judge Joseph A. Greenaway, Jr., and Magistrate Judge Madeline C. Arleo.

ON MOTION

ORDER

The court considers whether this appeal should be dismissed for failure to comply with this court's June 11, 2009 order.

On June 11, 2009, this court ordered that Colida must first move in the district court for leave to proceed on appeal before asking this court for leave to proceed in forma pauperis. Pursuant to this court's June 11, 2009 order, Colida was required within 30 days either to notify this court that he had moved in the district court for leave to proceed in forma pauperis on appeal or to pay the docketing fee. Colida has failed to do so.

Accordingly,

IT IS ORDERED THAT:

This appeal is dismissed for failure to comply with this court's June 11, 2009 order.

FOR THE COURT

AUG 1 7 2009
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Tony Colida
    Peter J. Pizzi, Esq.

s8

ISSUED AS A MANDATE: AUG 1 7 2009

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 17 2009

JAN HORBALY
CLERK

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By: /s/ Date: 8/17/09